UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

AYMAN ALBOUDI, M.D.,

    Plaintiff,

v.

TRINITY HEALTH-MICHIGAN d/b/a
MERCY HEALTH ST. MARY'S,
MERCY HEALTH, and/or ST. MARY'S
HOSPITAL,

    Defendant.

File No. 1:20-cv-721

Hon. Robert J. Jonker

_____

## JOINT MOTION OF THE PARTIES TO POSTPONE BRIEFING AND HOLD MOTION IN ABEYANCE PENDING SETTLEMENT CONFERENCE

_____

Plaintiff Ayman Alboudi, M.D. by and through his attorneys, Pinsky, Smith, Fayette & Kennedy, LLP and Defendant Trinity Health Michigan (d/b/a Mercy Health St. Mary's) by and through its attorneys, Varnum, LLP hereby request this Court postpone Defendant's briefing deadline and hold in abeyance Plaintiff's Motion for Preliminary Injunction (Doc. 2, PageID.42-43) pending a settlement conference with Magistrate Judge Green.

Plaintiff filed his initial Complaint in this matter on August 3, 2020 and served Defendant on August 5, 2020. (Doc. 1, PageID.1-22; Doc. 11, PageID.88-89.) Plaintiff simultaneously filed a Motion for Temporary Restraining Order and

1

Preliminary Injunction. (Doc. 2, PageID.42-43.) He filed his Amended Complaint on August 10, 2020. (Doc. 12, PageID.90-111.) Pursuant to this Court's August 4, 2020 Order, Defendant is ordered to respond to Plaintiff's Motion within 14 days of service of the Complaint and Motion. (Doc. 10, PageID.83-87.) Accordingly, Defendant must file its response by August 19, 2020.

The parties have discussed the matter and believe that it may be possible for them to reach an agreement as to settlement terms without further litigation. In an effort, therefore, not to waste court or client resources and to further the goal of settlement, the parties respectfully request that this Court postpone Defendant's briefing deadline, hold Plaintiff's Motion in abeyance, and order the parties to an early settlement conference with Magistrate Judge Green as soon as Judge Green's schedule can accommodate.

|  |  |
|---|---|
|  | PINSKY, SMITH, FAYETTE & KENNEDY, LLP<br>Attorneys for Plaintiff |
| Dated: August 13, 2020 | By: /s/ Sarah Riley Howard |
|  | Sarah Riley Howard<br>Erin L. Dornbos<br>Business Address:<br>146 Monroe Center, N.W., Suite 805<br>Grand Rapids, MI 49503<br>(616) 451-8496 |
|  | VARNUM, LLP<br>Attorney for Defendant |
| Dated: August 13, 2020 | By: /s/ Terrence Miglio (with permission) |

2

3

               Terrence Miglio
               Business Address:
               160 W. Fort St., 5th Floor
               Detroit, MI 48226
               (313) 481-7300