UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

AYMAN ALBOUDI, M.D.,

    Plaintiff,

v.

TRINITY HEALTH-MICHIGAN d/b/a
MERCY HEALTH ST. MARY'S,
MERCY HEALTH, and/or ST. MARY'S
HOSPITAL,

    Defendant.

File No. 1:20-cv-721

Hon.   Robert J. Jonker

_____

# STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY

_____

### STIPULATION

NOW COME the parties by and through their respective counsel and hereby stipulate and agree that this cause of action may be dismissed with prejudice and without costs to either party.

|  |  |
|---|---|
| | PINSKY, SMITH, FAYETTE & KENNEDY, LLP |
| | Attorneys for Plaintiff |
| Dated: November 2, 2020 | By:  /s/ *Erin L. Dornbos* |
| |     Sarah Riley Howard |
| |     Erin L. Dornbos |
| |     Business Address: |

1

                                  146 Monroe Center, N.W., Suite 805
                                  Grand Rapids, MI 49503
                                  (616) 451-8496

                                  BUTZEL LONG
                                  Attorney for Defendant

Dated: November 2, 2020        By: /s/ *Terrence Miglio* (with permission)

                                  Terrence Miglio
                                  Business Address:
                                  301 East Liberty Street Suite 500
                                  Ann Arbor, Michigan 48104
                                  (734) 995-3110

# ORDER

On stipulation of the parties:

**IT IS ORDERED** that this case is dismissed with prejudice and without costs to either party.

Dated:   November 3, 2020                              /s/ Robert J. Jonker
                                                                     Honorable Robert J. Jonker
                                                                     U.S. District Court Judge